UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Charlotte Czwakiel and<br>Raymond Czwakiel | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No.  04-11912-NG |
| v. | ) ) ) | |
| Wyeth, Inc. and Wyeth<br>Pharmaceuticals, Inc. | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF EXTENSION OF TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc.

and Wyeth Pharmaceuticals, Inc. (collectively, "Wyeth") and plaintiffs Charlotte Czwakiel and

Raymond Czwakiel that the time for Wyeth to answer or otherwise respond to the complaint in

this action is hereby extended through and including the day that transfer of this case to *In re*

*Prempro Products Liability Litigation,* MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

CHARLOTTE CZWAKIEL and
RAYMOND CZWAKIEL

By their attorneys:

/s/ Steven D. Resnick_____
Tobias L. Millrood, Esq.
Steven D. Resnick, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
(610) 667-7706
(610) 667-7056 (fax)

Dated:   October 7, 2004

BOSTON 2306815v1

WYETH, INC. and WYETH
PHARMACEUTICALS, INC.

By their attorneys:

/s/ John J. Butts_____
Robert M. Mahoney (BBO No. 315040)
John J. Butts (BBO No. 643201)
David A. Giangrasso (BBO No.654975)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
john.butts@wilmerhale.com

Dated:  October 7, 2004