A CERTIFIED TRUE COPY

NOV 16 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-34)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 26 2004

JAMES W. McCORMACK, CLER
By: _____
                    DEP CLER

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,549 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLER

By _____ D.C.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 16 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

416

# SCHEDULE CTO-34 - TAG ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### DISTRICT DIV. C.A.#

**ARKANSAS WESTERN**
- ARW  3  04-3073       Ann Marie Oostenink, et al. v. Wyeth, Inc., et al.
- ARW  5  04-5259       Fran L. Frailey, et al. v. Wyeth, Inc., et al.

**CONNECTICUT**
- CT   3  04-1510       Mary Ann E. Gibbons, et al. v. Wyeth, Inc., et al.
- CT   3  04-1511       Lynn Gardner Moss, et al. v. Wyeth, Inc., et al.

**FLORIDA NORTHERN**
- FLN  4  04-348        Helen Wiliams v. Wyeth, Inc., et al.

**ILLINOIS NORTHERN**
- ILN  1  04-5376       Janina Biernacka, et al. v. Wyeth, et al.
- ILN  1  04-5378       Bernice Brandon, et al. v. Wyeth, et al.
- ILN  1  04-6135       Darlene Gage v. Wyeth, et al.

**KANSAS**
- KS   2  04-2470       Lynnea Cox, et al. v. Wyeth, et al.

**LOUISIANA MIDDLE**
- LAM  3  04-697        Mithlesh Sharma, et al. v. Wyeth, Inc., et al.

**LOUISIANA WESTERN**
- LAW  5  04-1970       Vernia Bates, et al. v. Wyeth, Inc., et al.

**MASSACHUSETTS**
- MA   1  04-11912      Charlotte Czwakiel, et al. v. Wyeth, Inc., et al.

**MINNESOTA**
- MN   0  04-2963       Barbara K. Schuster, et al. v. Bristol-Myers Squibb Co., et al.
- MN   0  04-3084       Barbara Amari, et al. v. Wyeth, Inc., et al.
- MN   0  04-3109       Yvonne Lefter, et al. v. Wyeth, et al.
- MN   0  04-3158       Maria Recantini, et al. v. Wyeth, et al.
- MN   0  04-4010       Mabrey Scott v. Wyeth, et al.
- MN   0  04-4011       Arlene Weinstein, et al. v. Wyeth, et al.
- MN   0  04-4197       Anne Pauly, et al. v. Wyeth, et al.
- MN   0  04-4198       Adeline Kohman v. Wyeth, et al.
- MN   0  04-4292       Felicita Santos v. Wyeth, et al.
- ~~MN   0  04-4302       Marguerite Harrington, et al. v. Wyeth, et al.~~ Opposed 11/15/04
- MN   0  04-4303       Violet Armstrong, et al. v. Wyeth, et al.

**MISSOURI EASTERN**
- MOE  4  04-1255       Doliska Hanrahan, et al. v. Wyeth, Inc., et al.

**MISSISSIPPI NORTHERN**
- MSN  4  04-289        Allena Foules, et al. v. Wyeth Pharmaceuticals, Inc., et al.

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1507)                                               Page 2 of 2

**DISTRICT DIV. C.A.#**

**NORTH CAROLINA MIDDLE**
    NCM   1  04-881               Carolyn Poteat v. Wyeth, Inc., et al.

**NEW YORK SOUTHERN**
    NYS   1  04-7615             Mildred Harris v. Wyeth, Inc., et al.

**OHIO NORTHERN**
    OHN   1  04-1863             Darlene A. Dula v. Wyeth, Inc. et al.

**PENNSYLVANIA EASTERN**
    PAE   2  04-4085             Sherry Sonier, et al. v. Wyeth Pharmaceuticals, Inc.
    PAE   2  04-4086             Vivian Pollace v. Wyeth Pharmaceuticals, Inc.

**SOUTH CAROLINA**
    SC     9  04-22297           Lydia Sauls v. Wyeth, et al.

**SOUTH DAKOTA**
    SD     1  04-1006             Paula C. Briggs v. Wyeth, Inc., et al.

**TEXAS EASTERN**
    TXE   2  04-286              Jeannine Jordan, et al. v. Wyeth Pharmaceuticals, Inc., et al.

**TEXAS NORTHERN**
    TXN   3  04-1952             Lujuanna Jeanne Brock v. Wyeth, et al.

**WISCONSIN EASTERN**
    WIE   2  04-757              Esther Houdek v. Wyeth, Inc., et al.